THIRD DEPARTMENT, NOVEMBER, 1939.

(November 1, 1939.)

In the Matter of the Claim of JERRY COHEN, Appellant, against S. BLECHMAN & SONS, Employer, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to present appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of ARTHUR S. COWEN and Others, Petitioners, Respondents, for an Order Pursuant to Article 78 of the Civil Practice Act, against GRACE A. REAVY and Others, Constituting the Civil Service Commission of the State of New York, Respondents, Appellants.—Application by the Association of the Bar of the City of New York to appear *amicus curiæ* granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of HAROLD HAWKINS, Appellant, against HOTEL STATLER and SPECIAL FUND CONSERVATION COMMISSION, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal as a poor person granted, and Joseph May is assigned under rule 36 of the Rules of Civil Practice as attorney. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JAMES H. JOHNSON, Appellant, against T. E. R. A. MONROE COUNTY EMERGENCY WORK BUREAU and METROPOLITAN CASUALTY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of GINSELLA E. KLUGER, Appellant, against CELIAN MANSION, INC., and STANDARD ACCIDENT INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal as a poor person granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL PALMER, Relator, Appellant, v. WILLIAM E. SNYDER, Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Leave to appeal on typewritten papers granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILLIAM SMITH, Appellant, against ROSOFF TUNNEL, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to present appeal on typewritten record and typewritten exhibits and brief granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law made by IRWIN VOLET, Claimant, Appellant, against FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for permission to prosecute appeal on typewritten papers granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of NICHOLAS KIRILOFF, Appellant, against A. G. W. WET WASH LAUNDRY, INC., and NEW YORK INDEMNITY COMPANY, THE STATE